IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RENEE SHIZUE YAMAGISHI,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

No. C 14-05293 JSW

**ORDER OF DISMISSAL**

On December 3, 2014, this Court issued an order dismissing this matter with leave to amend by no later than December 29, 2014. The Court admonished Plaintiff that failure to file a timely complaint setting forth a cognizable claim and some factual basis to support a claim under federal jurisdiction would result in dismissal of this matter with prejudice. The Court has received no further submissions. Accordingly, the Court DISMISSES this matter with prejudice. A separate judgment shall issue and the Clerk is instructed to close the file.

**IT IS SO ORDERED.**

Dated: March 6, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE